UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAIL STRACK, et al.,

    Plaintiffs,

v.

MCKESSON CORPORATION, et al.,

    Defendants.

Case No. 16-cv-06769-RS

**ORDER DISMISSING CASE AND DENYING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY AS MOOT**

Plaintiffs filed this pharmaceutical products liability case on November 22, 2016. On November 23, defendants Bristol-Myers Squibb Company and Pfizer Inc. collectively filed a motion to dismiss and a motion to stay. On November 28, plaintiffs filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The case is therefore dismissed without prejudice. The motion to dismiss and motion to stay are denied as moot, and the hearings set for January 5, 2017, are vacated.

**IT IS SO ORDERED**.

Dated: November 29, 2016

_____
RICHARD SEEBORG
United States District Judge